## STATEMENT OF FACTS

On Wednesday, September 12, 2018, U.S. Secret Service Officer Botzet and Officer Council, were assigned to protect the White House Grounds and Complex while on Bike Patrol at the White House, both working in full police uniform displaying the words "SECRET SERVICE" in silver reflective print on the front of their uniforms, and "POLICE" in silver reflective print on the back of their uniforms. Both Officers also had gold badges displayed at their belts, and a gold star with the words "UNITED STATES SECRET SERVICE" on their left side of their chests. The U.S. Secret Service is an agency of the Executive Branch of the U.S. Government.

At approximately 12:00 p.m., Officer Botzet and Officer Counsel responded to an entry post in the northwest corner of the White House Complex at 1600 Pennsylvania Ave. NW, Washington, D.C., for a report of an individual with a message for the President. Officer Botzet approached defendant, later identified as THELMA ELECCION STEELE (DOB 9/12/1961), who was standing on the sidewalk near the entry post, and asked for an ID card. Defendant, was identified with a California driver's license.

Defendant stated that she had a meeting with the President of the United States and that she had information to present to him. Officer Botzet conducted an NCIC/WALES check of the individual through the White House Joint Operations Center, which returned clear of any wants or warrants. Officer Botzet then informed Defendant that she did not have an appointment to get into the White House and would not be allowed to enter. Defendant stated that she did have an appointment and that she needed to give to the President the contents of a three-ring binder, which the Defendant was holding in her hands. The Officers told Defendant several times that she would not be allowed to enter the White House Grounds and Complex.

Thereafter, Defendant proceeded to walk up to a restricted access area that permits employees to enter the White House Complex, an area which is cordoned off with black gates and has a sign stating "STOP" "Passholders Only" and "Restricted Area Do Not Enter." The restricted access area is part of the White House Complex and Grounds. Officers Botzet and Council stood in front of the passholder entry and instructed Defendant that she is not authorized to enter. Defendant grabbed Officer Council by the arm and pulled Officer Council toward the entrance of the restricted access area, telling him that they were both going into the White House together. Officer Council warned Defendant that she would be arrested if she crossed into the restricted access area. Thereafter, Defendant stated that she was going to arrest Office Council, and then proceeded to push Officer Council out of the way in an attempt to enter the restricted access area. Defendant then stepped into the restricted access area, after which the Officers instructed Defendant to place her hands behind her back. As she was being placed into custody, Defendant attempted several times to pull away her arms from the Officers. At approximately 12:24 p.m., Defendant was placed under arrest at 1600 Pennsylvania Ave. NW, Washington, D.C.

Subsequent to her arrest, Officer Jackson conducted a search of Defendant, and recovered two purses and the three-ring binder. Officer Council reviewed the contents of Defendant's three-ring binder, which contained pages about religion, the U.S. Government, human anatomy, and Dr. Mike Murdock. Some of the pages continued hand-written notes, which defendant stated were her own. The notes were about various religious themes and also included one page which listed:

- THE PRESIDENT OF THE UNITED STATES OF AMERICA MR. DONALD TRUMP
- THE UNITED STATES GOVERNMENT
- DR MIKE MYRDOCK
- COME TO STEAL, KILL AND DESTROY EVERYTHING IN MY LIFE BECAUSE OF JEALOUSY. GREED OF MONEY

Following Defendant's arrest, U.S. Secret Service Special Agent Autman approached Defendant and asked to interview her. U.S. Secret Service Special Agent Webster read Defendant her Miranda Warnings. Defendant stated she understood and stated, "I waive my rights." Defendant also stated she will not speak to a lawyer and that she would represent herself.

In response to Special Agent Autman's questions, Defendant stated she traveled to Washington, D.C. from California because she wanted to deliver a message to President Trump. When asked what message she wanted to deliver, Defendant responded by saying, "All over the world." Defendant then stated that all over the world means "Miracle of God" and that the "Miracle of God" was hard to explain. Defendant also told the Special Agents that she "works for God." When asked what she does for God, Defendant continued to say "I work for GOD." Defendant went on to say that "all the government knows me and knows that I am coming" and that the government "knows that she works for God." Defendant reiterated the fact that she wanted to deliver a message to the President of the United States and that she liked the President.

Further, in response to Special Agent Autman's questions, Defendant stated that she arrived in Washington, D.C., last night at 9:50 p.m. at Washington Reagan National Airport. Defendant advised she also wanted to go to New York for tourism, and did not know when she would go back to San Francisco. When asked how she supports herself, Defendant stated she lives off the money her late husband left her and that her husband died in 2011. Defendant also stated she does not have any children nor does she have any friends or family. Defendant stated that she is staying at the Westin, located at 1121 New Hampshire Ave. NW, D.C., and provided her room number.

Additionally, Special Agent Autman asked who was Mike Murdock, the individual referenced in the three-ring binder, and how Defendant knows him. Defendant responded by saying she donates money to him and that is how she speaks with him. Defendant also stated that Dr. Murdock is "The one that flies the plane" and that he "watches her at all times." A Google search revealed that Dr. Mike Murdock is an American Contemporary Christian singer-songwriter, televangelist and pastor of The Wisdom Center ministry based in Haltom City, Texas.

Additionally, Defendant made the following statements in response to questions from the Special Agents:

- She has no desire to harm the President, the first family or any other protectee of the U.S. Secret Service. No threatening statements were made about any protectee.
- She does not own or have access to firearms/weapons.
- She has not seen a mental health professional.
- She has no interest in assassinations.
- She does not have a history of Alcohol/Drugs.
- She does not have any previous arrests,

Throughout the interview, Defendant had a hard time answering questions that required a direct answer. Many questions had to be repeated several times. The interview was terminated at approximately 12:40 p.m. Defendant was dressed appropriately for the weather and appeared to practice good hygiene.

As Defendant was being walked to the police vehicle, she became combative and started yelling "Save me Dr. Murdock" and "I'm not going to jail." Defendant pushed against the Officers in an attempt to avoid being placed her into the police vehicle. Eventually, Defendant was placed in the vehicle and transported to MPD 2nd District for processing. Defendant property was placed on the books at MPD 2nd District found in book 2620 on page 175.

Following her arrest, U.S. Secret Service searched their records and learned that Defendant had previously interacted with U.S. Secret Service.

Specifically, on February 8, 2016, Defendant approached another uniformed Secret Service Officer at a post on 17th Street NW, in front of the Eisenhower Executive Office Building. Defendant stated that she had an appointment with President Barack Obama. According to Defendant, she had traveled from San Francisco, CA, the previous night. During the conversation with U.S. Secret Service, it was apparent to the Officers that Defendant believed that a television evangelist pastor had set up an appointment for her to meet the President regarding a miracle. When asked what the miracle was, Defendant stated she wanted to talk about God, but would not elaborate further. When Defendant was told by the Officers that she would not be able to meet the President Obama, Defendant appeared frustrated and stated she would come back after she went through the proper channels to set up an appointment.

On or about February 8, 2016, U.S. Secret Service contacted Defendant's sister. Defendant's sister stated that she was aware of Defendant's travel plans and that she had driven Defendant to the airport. Defendant's sister stated that she did not believe Defendant had mental health issues, but stated Defendant did insist that she had an appointment with President Obama.

      Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) (Entering or Remaining in Restricted Building or Grounds), and 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees (misdemeanor simple assault)).

_____
Brandon Council
Officer, U.S. Secret Service

Sworn and subscribed to me before this _____ day of September, 2018.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge